| | | | |
|---|---|---|---|
| Bond v. Price | 2481 EDA 2015 Affirmed | 10/21/2016 | 1403V7859 (Philadelphia) |
| Com. v. Iris–Williams [29] | 2658 EDA 2015 Affirmed | 10/21/2016 | CP–51–SA–0001182–2015 (Philadelphia) |
| Com. v. Yarborough | 2891 EDA 2015 Affirmed | 10/21/2016 | CP–51–CR–0001225–2007 CP–51–CR–0001284–2007 (Philadelphia) |
| Oppong v. Oti | 3083 EDA 2015 Affirmed, Vacated and Remanded | 10/21/2016 | 8538 May Term, 2011 (Philadelphia) |
| Com. v. Felton | 3306 EDA 2015 Affirmed | 10/21/2016 | CP–39–CR–0000857–2013 (Lehigh) |
| Com. v. Rosado | 3333 EDA 2015 Affirmed | 10/21/2016 | CP–45–CR–0002264–2014 (Monroe) |
| Com. v. Swanhart | 3597 EDA 2015 Affirmed | 10/21/2016 | CP–09–CR–0001750–2012 (Bucks) |
| M.S. v. Y.W.S. | 3625 EDA 2015 Affirmed and Remanded | 10/21/2016 | No. 2011–24320 (Montgomery) |
| Com. v. Krider | 72 EDA 2016 Affirmed | 10/21/2016 | CP–23–CR–0007239–2009 (Delaware) |
| Com. v. Morrison | 175 EDA 2016 Affirmed | 10/21/2016 | CP–51–CR–0003258–2007 (Philadelphia) |
| Com. v. Dunigan | 203 EDA 2016 Affirmed | 10/21/2016 | CP–46–CR–0001725–2013 (Montgomery) |
| Com. v. Duncan | 229 EDA 2016 Affirmed | 10/21/2016 | CP–51–CR–1105091–2003 (Philadelphia) |
| Com. v. Rohn | 444 EDA 2016 Affirmed | 10/21/2016 | CP–51–CR–1004381–1996 (Philadelphia) |
| Com. v. Smith | 753 EDA 2016 Affirmed | 10/21/2016 | CP–45–CR–0002193–2014 (Monroe) |
| Com. v. Kirnon | 1101 EDA 2016 Affirmed | 10/21/2016 | CP–51–CR–0503741–2001 (Philadelphia) |
| Brown v. Kinser B604, LLC | 1633 EDA 2016 Affirmed | 10/21/2016 | No. CV–2014–9136 (Northampton) |

29. Petition for reargument denied December 14, 2016.